E-FILED
Monday, 14 March, 2005 02:06:12 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

FI ED

MAR 1 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED
MAR - 8 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BRYANT LOVING
_____
Name under which you were convicted

#45752-019
_____
Prison Number

Docket No. _____05-1084_____
(To be supplied by Clerk)

---

## PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. §2241
## BY A PERSON IN FEDERAL CUSTODY

---

BRYANT LOING
_____, Petitioner
Name under which you were convicted

vs.

R. V. VEACH, Warden.
_____, Respondent
Name of Warden. Superintendent. Jailor. or
authorized person having custody of petitioner

---

(This form is **not** to be used if petitioner claims that his federal sentence itself is unlawful. If a petitioner wishes to attack his federal sentence. he or she should file a motion under 28 U.S.C. §2255 to vacate. set aside or correct sentence in the federal court which entered judgment.)

# PETITION FOR WRIT OF HABEAS CORPUS
# BY A PERSON IN FEDERAL CUSTODY

## INSTRUCTIONS -- READ CAREFULLY

1) This petition must be readable, either handwritten or typewritten on 8½" x 11" paper, signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. No notary is required.

2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3) Upon receipt of a fee of $5.00, your petition will be filed.

4) If you do not have the necessary filing fee, you may request permission to proceed in **forma pauperis.** Two (2) request forms are included. You must sign, date and answer all questions clearly and concisely, setting forth information regarding your inability to prepay costs and fees. Additionally, you must have an authorized officer of the institution complete the trust account certificate. The original should be filed with your petition, the other copy is for your records.

5) When the petition is complete, mail the **original and three (3) copies** along with the five ($5.00) dollar filing fee or request to proceed in forma pauperis to: John M. Waters, Clerk of the Court, United States District Court, Central District of Illinois, 100 N.E. Monroe St., Room 135, Peoria, IL  61602.

6) Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.

## PETITION

### I. GENERAL INFORMATION

A. Place of confinement: **FEDERAL CORRECTIONAL INSTITUTION**

B. Petitioner's institutional address: **P.O. BOX 5000 PEKIN, IL. 61555**

C. If you are in custody under a conviction and sentence, complete the following:

    **Petitioner was charge with possession with**

1. Nature of offense: **intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1).**

2. Name and location of Court which imposed sentence: **UNITED STATES District Court, Northern district of Georgia Atlanta Division.**

3.   Case number(s): **1:95-CR-0191**

4.   Date of your arrest or confinement: **On July 27, 1995**

## II.   SUBJECT OF THIS PETITION

A.   Indicate the **type** of decision or action which you are challenging:

_____ Denial of parole
_____ Revocation of parole
_____ Disciplinary matter
_____ Revocation of good time credits
_____ Detainer
__X__ Other (describe briefly the type of decision or action involved):
**Actually innocent of 3B1.1 Sentence Enhancment.**
_____
_____

B.   Who made the decision or took the action? __**N/A**__

C.   Date of decision or action? _____ **N/A**_____

D.   Was there a hearing of any kind?   Yes ( )   No ( )

1.   First Hearing
Date:_____
Location: _____
Conducted by:_____
Result:_____
_____

2.   Second Hearing
Date:_____
Location: _____
Conducted by:_____
Result:_____
_____

E.   Were you represented by counselor by a staff representative at any hearing?
Yes ( )  No ( )

If yes, give name and address: _____
_____

## III.   PREVIOUS APPEALS/ADMINISTRATIVE REMEDY PROCEDURES

A.   If your claim concerns a parole matter (for example, denial, modification, or revocation of parole), complete the following:

1.    Did you appeal the decision to the Regional Commissioner?
Yes ( ) No ( )

    a.    Date of filing appeal _____ /_____
    b.    Grounds raised: _____

                  _____

    c.    Result and date: _____

                  _____

2.    Did you appeal the decision to the National Appeals Board/U.S. Parole
Commission?    Yes ( )  No ( )

    a.    Date of filing appeal _____
    b.    Grounds raised: _____

                  _____

    c.    Result and date: _____

                  _____

B.    If your claim concerns something other than parole, (for example, a disciplinary
matter), complete the following about the administrative remedy procedures. (See
C.F.R. §542.10.)

1.    Did you attempt to resolve your complaint informally?
Yes ( )  No ( )

2.    Did you file a formal complaint?  Yes ( )  No ( )

3.    Did you appeal to the Warden?  Yes ( )  No ( )

4.    Did you appeal to the Regional Commissioner?  Yes ( )  No ( )

5.    Did you appeal to the General Counsel?  Yes ( )  No ( )

6.    If you did not use the Administrative Remedy Procedure, explain why you
did not do so. _____

          _____

          _____

          _____

7.    Attach copies of your incident report or parole rationale (where appropriate), your
request(s) for an administrative remedy and the response(s) you received. If you
cannot do so, explain why not. _____

          _____

          _____

D.    Have you filed any previous lawsuit(s) related to your present claim?
      Yes ( ) No (x)

        1.    Name and location of Court:_____
        2.    Date of filing:_____
        3.    Case number:_____
        4.    Nature of suit:_____
        5.    Grounds raised:_____

        6.    Result and Date:_____

## IV.    GROUNDS FOR RELIEF

State concisely every ground on which you claim that you are being held unlawfully.
Summarize briefly the **facts** supporting each ground. It is not necessary to cite cases of
law in this petition. However, if you wish to cite cases or law, you should do so in a
separate memorandum or brief. If necessary, you may attach extra page(s) of facts
supporting your grounds for relief.

A.    Ground One: **Petitioner Loving, avers that the statues utilized
      by the district court to impose his sentence were unconstitutional.**
      Supporting FACTS (tell your story briefly without citing cases or law).

      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

B.    Ground Two:_____

      Supporting FACTS (tell your story briefly without citing cases or law).

      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

C.    Ground Three

Supporting **FACTS** (tell your story briefly without citing cases or law).

_____
_____
_____
_____
_____
_____
_____
_____
_____

D. Ground Four:

_____

Supporting **FACTS** (tell your story briefly without citing cases or law).

_____
_____
_____
_____
_____
_____
_____
_____
_____

## V.    REQUEST FOR RELIEF

State here exactly what you want the court to do for you.

WHEREFORE, in the interest of justice, petitioner Bryant Loving, prays for the above stated reason that the Honorable Court will vacat, set aside the "enhanced term" of petitioner's sentence was imposed pursuant to an unconstitutional procedure made mandatory by the unconstitutional statutes 18 U.S.C. §3553(b)(1) and §3742(e) said enhanced term of sentence is unconstitutional and the court was without jurisdiction.

## VI.    DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare (or certify, verify, or state) under penalty of perjury, that I am the petitioner in the above action, that I have read the above petition and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Signed this  07   day of  MARCH  , 2005

_Bryant Loving_
Signature of Petitioner

- 7 -