# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Bryant Loving**

vs.                                                Case Number: **05-1084**

**R.V. Veach, Warden**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice for lack of jurisdiction.

ENTER this 18th day of March, 2005

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Douglas
BY: DEPUTY CLERK

05-1084.wpd