E-FILED
Wednesday, 13 April, 2005  02:54:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BRYANT LOVING,

v.

VEACH.

CASE NO. 1:05-CV-1084

HONORABLE JUDGE
Michael M. Mihm

FILED
APR 1 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Notice is hereby given that <u>Loving v. Veach</u>, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit, from the final judgement of an Order entered in this action on 31 day of March, 2005.

I swear and affirm under the penalty of perjury that the above is true and correct pursuant to Title 28 U.S.C. §1746; Title 18 U.S.C. §1621.

Respectfully Submitted,

*Bryant Loving*
BRYANT LOVING
Reg. No. 45752-019
F.C.I. Pekin
P.O. Box 5000
Pekin, IL  61555-5000