240 (Rev. 6/86) Application to Proceed

**E-FILED**
Wednesday, 13 April, 2005 02:56:46 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

LOVING

V.

VEACH

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 1:05-CV-1084

**FILED**
APR 1 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, **Bryant Loving**, declare that I am the (check appropriate box)

[X] petitioner/plaintiff

[ ] respondent/defendant    [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding of the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes [ ]    No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. **Kellie Girl Temporary Services** $850.00 **July 15, 1989 Sometime**

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes [ ]    No [X]
   b. Rent payments, interest or dividends?    Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?    Yes [ ]    No [X]
   d. Gifts or inheritances?    Yes [X]    No [ ]
   e. Any other sources?    Yes [ ]    No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

(Father) Stanley O'Connor; $200.00  (Wife) Sabina Jones
(Mother) Lillie Loving; 250.00

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $1,723.01

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   Bryant Loving (Son)
   Kyle Loving (So)
   Renee Loving (Daughter)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04, 09, 2005          Bryant Loving
             (Date)                Signature of Applicant

---

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $623.01 on account to his credit at the **Federal Correctional Institution Pekin, Illinois** institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $2,709.70
Past 6 month deposits: FCI PEKIN

Michael Rusch, Case Manager
Authorized Officer of Institution

---

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge     Date | _____  _____ <br> United States Judge     Date <br> or Magistrate Judge |

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 45752019 | **Current Institution:** | Pekin FCI |
| **Inmate Name:** | LOVING, BRYANT | **Housing Unit:** | ILLINOIS |
| **Report Date:** | 04/09/2005 | **Living Quarters:** | A02-222L |
| **Report Time:** | 1:31:47 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1705 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 4/11/2002 3:44:33 PM |
| Sort Codes: | |
| Last Account Update: | 4/8/2005 9:46:32 PM |
| Account Status: | Active |
| ITS Balance: | $5.50 |

**FRP Plan Information**

**FRP Plan Type**    **Expected Amount   Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $623.01 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $63.49 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $559.52 |
| National 6 Months Deposits: | $2,709.70 |
| National 6 Months Withdrawals: | $2,284.66 |
| National 6 Months Avg Daily Balance: | $70.02 |
| Local Max. Balance - Prev. 30 Days: | $633.01 |
| Average Balance - Prev. 30 Days: | $131.02 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $1,508.65
Last Sales Date: 4/4/2005 7:37:44 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 45752019 | Current Institution: | Pekin FCI | |
| Inmate Name: | LOVING, BRYANT | Housing Unit: | ILLINOIS | |
| Report Date: | 04/09/2005 | Living Quarters: | A02-222L | |
| Report Time: | 1:32:47 PM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 4/8/2005 9:46:32 PM | AMService | ITS Withdrawal | ($10.00) | ITS0408 | | $623.01 |
| 4/8/2005 5:43:38 AM | AMSERVICE | Lockbox - CD | $200.00 | 70130101 | | $633.01 |
| 4/6/2005 7:43:46 PM | AMService | ITS Withdrawal | ($10.00) | ITS0406 | | $433.01 |
| 4/4/2005 7:37:44 PM | PEK7022 | Sales | ($22.20) | 115 | | $443.01 |
| 4/4/2005 4:46:38 PM | AMService | ITS Withdrawal | ($10.00) | ITS0404 | | $465.21 |
| 4/4/2005 11:05:05 AM | PEK4019 | Payroll - UNICOR | $410.84 | IP0032 | | $475.21 |
| 3/29/2005 5:49:25 AM | AMSERVICE | Lockbox - CD | $63.49 | 70129301 | | $64.37 |
| 3/17/2005 7:51:24 PM | AMService | ITS Withdrawal | ($2.00) | ITS0317 | | $0.88 |
| 3/17/2005 1:32:58 PM | PEK4019 | Outside Savings | ($100.00) | | 1100 | $2.88 |
| 3/16/2005 7:05:10 PM | AMService | ITS Withdrawal | ($2.00) | ITS0316 | | $102.88 |
| 3/15/2005 9:30:36 PM | AMService | ITS Withdrawal | ($5.00) | ITS0315 | | $104.88 |
| 3/15/2005 5:02:46 PM | PEK0505 | Sales | ($14.00) | 4 | | $109.88 |
| 3/15/2005 5:01:21 PM | PEK0505 | Sales | ($71.60) | 3 | | $123.88 |
| 3/14/2005 7:43:34 PM | AMService | ITS Withdrawal | ($6.00) | ITS0314 | | $195.48 |
| 3/12/2005 5:23:11 PM | AMService | ITS Withdrawal | ($10.00) | ITS0312 | | $201.48 |
| 3/12/2005 7:14:32 AM | AMService | ITS Withdrawal | ($10.00) | ITS0312 | | $211.48 |
| 3/11/2005 11:12:59 AM | PEK8222 | Sales | ($18.80) | 38 | | $221.48 |
| 3/10/2005 5:07:12 PM | AMService | ITS Withdrawal | ($10.00) | ITS0310 | | $240.28 |
| 3/10/2005 5:23:28 AM | AMSERVICE | Lockbox - CD | $150.00 | 70128001 | | $250.28 |
| 3/9/2005 9:41:55 PM | AMService | ITS Withdrawal | ($2.00) | ITS0309 | | $100.28 |
| 3/8/2005 9:42:00 PM | AMService | ITS Withdrawal | ($1.00) | ITS0308 | | $102.28 |
| 3/8/2005 5:07:31 PM | PEK0505 | Sales | ($149.60) | 4 | | $103.28 |
| 3/7/2005 11:27:25 AM | PEK4059 | Sales | ($72.35) | 13 | | $252.88 |
| 3/7/2005 10:21:43 AM | PEK4019 | Payroll - UNICOR | $324.42 | IP0024 | | $325.23 |
| 3/5/2005 4:44:52 PM | AMService | ITS Withdrawal | ($5.00) | ITS0305 | | $0.81 |
| 3/4/2005 5:05:12 PM | AMService | ITS Withdrawal | ($5.00) | ITS0304 | | $5.81 |
| 2/27/2005 8:14:08 PM | AMService | ITS Withdrawal | ($5.00) | ITS0227 | | $10.81 |
| 2/27/2005 7:00:26 PM | AMService | ITS Withdrawal | ($5.00) | ITS0227 | | $15.81 |
| 2/26/2005 7:01:45 PM | AMService | ITS Withdrawal | ($6.00) | ITS0226 | | $20.81 |
| 2/25/2005 8:33:15 PM | AMService | ITS Withdrawal | ($7.00) | ITS0225 | | $26.81 |
| 2/25/2005 11:16:46 AM | PEK8222 | Sales | ($7.10) | 39 | | $33.81 |
| 2/24/2005 5:06:00 PM | AMService | ITS Withdrawal | ($10.00) | ITS0224 | | $40.91 |
| 2/24/2005 3:13:32 PM | AMSERVICE | Western Union | $50.00 | 33310305 | | $50.91 |
| 2/22/2005 9:02:44 PM | AMService | ITS Withdrawal | ($1.00) | ITS0222 | | $0.91 |
| 2/21/2005 8:50:58 PM | AMService | ITS Withdrawal | ($2.00) | ITS0221 | | $1.91 |
| 2/19/2005 11:13:59 AM | AMService | ITS Withdrawal | ($2.00) | ITS0219 | | $3.91 |
| 2/17/2005 9:38:50 PM | AMService | ITS Withdrawal | ($3.00) | ITS0217 | | $5.91 |
| 2/14/2005 7:10:33 PM | AMService | ITS Withdrawal | ($4.00) | ITS0214 | | $8.91 |
| 2/13/2005 6:30:26 PM | AMService | ITS Withdrawal | ($5.00) | ITS0213 | | $12.91 |
| 2/12/2005 11:55:15 AM | AMService | ITS Withdrawal | ($5.00) | ITS0212 | | $17.91 |
| 2/11/2005 11:31:53 AM | PEK5717 | Sales | ($17.40) | 41 | | $22.91 |
| 2/10/2005 6:18:07 PM | AMService | ITS Withdrawal | ($10.00) | ITS0210 | | $40.31 |
| 2/10/2005 5:07:53 PM | AMService | ITS Withdrawal | ($3.00) | ITS0210 | | $50.31 |
| 2/9/2005 3:16:53 PM | AMSERVICE | Western Union | $50.00 | 33309205 | | $53.31 |
| 2/8/2005 5:27:34 PM | PEK0505 | Sales | ($114.30) | 18 | | $3.31 |
| 2/8/2005 1:21:10 PM | PEK2867 | Outside Savings | ($100.00) | | 875 | $117.61 |
| 2/7/2005 11:20:29 AM | PEK4019 | Payroll - UNICOR | $213.15 | IP0019 | | $217.61 |
| 2/7/2005 11:18:14 AM | PEK5717 | Sales | ($3.60) | 3 | | $4.46 |
| 1/22/2005 9:09:10 AM | AMService | ITS Withdrawal | ($2.00) | ITS0122 | | $8.06 |
| 1/15/2005 12:50:55 PM | AMService | ITS Withdrawal | ($5.00) | ITS0115 | | $10.06 |

1 2 3

## All Transactions

| | | |
|---|---|---|
| Inmate Reg #: | 45752019 | Current Institution: Pekin FCI |
| Inmate Name: | LOVING, BRYANT | Housing Unit: ILLINOIS |
| Report Date: | 04/09/2005 | Living Quarters: A02-222L |
| Report Time: | 1:33:14 PM | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 1/12/2005 9:07:07 PM | AMService | ITS Withdrawal | ($5.00) | ITS0112 | | $15.06 |
| 1/12/2005 5:10:02 PM | AMService | ITS Withdrawal | ($7.00) | ITS0112 | | $20.06 |
| 1/11/2005 5:38:37 PM | PEK0505 | Sales | ($193.05) | 23 | | $27.06 |
| 1/10/2005 8:45:49 PM | AMService | ITS Withdrawal | ($6.00) | ITS0110 | | $220.11 |
| 1/10/2005 11:24:09 AM | PEK5717 | Sales | ($8.00) | 14 | | $226.11 |
| 1/9/2005 2:38:58 PM | AMService | ITS Withdrawal | ($10.00) | ITS0109 | | $234.11 |
| 1/8/2005 7:18:06 PM | AMService | ITS Withdrawal | ($10.00) | ITS0108 | | $244.11 |
| 1/8/2005 3:22:07 PM | AMService | ITS Withdrawal | ($10.00) | ITS0108 | | $254.11 |
| 1/7/2005 8:50:58 PM | AMService | ITS Withdrawal | ($10.00) | ITS0107 | | $264.11 |
| 1/7/2005 7:04:46 PM | AMService | ITS Withdrawal | ($5.00) | ITS0107 | | $274.11 |
| 1/7/2005 1:12:20 PM | PEK2867 | Payroll - UNICOR | $278.72 | IP0015 | | $279.11 |
| 12/25/2004 7:29:00 PM | AMService | ITS Withdrawal | ($1.00) | ITS1225 | | $0.39 |
| 12/24/2004 5:51:24 PM | AMService | ITS Withdrawal | ($1.00) | ITS1224 | | $1.39 |
| 12/18/2004 11:15:35 AM | AMService | ITS Withdrawal | ($1.00) | ITS1218 | | $2.39 |
| 12/17/2004 10:41:44 PM | AMService | ITS Withdrawal | ($2.00) | ITS1217 | | $3.39 |
| 12/17/2004 9:39:34 PM | AMService | ITS Withdrawal | ($5.00) | ITS1217 | | $5.39 |
| 12/16/2004 8:45:00 PM | AMService | ITS Withdrawal | ($5.00) | ITS1216 | | $10.39 |
| 12/15/2004 5:01:09 PM | PEK0505 | Sales | ($9.95) | 7 | | $15.39 |
| 12/14/2004 9:42:21 PM | AMService | ITS Withdrawal | ($5.00) | ITS1214 | | $25.34 |
| 12/13/2004 9:52:55 PM | AMService | ITS Withdrawal | ($5.00) | ITS1213 | | $30.34 |
| 12/13/2004 8:47:20 PM | AMService | ITS Withdrawal | ($5.00) | ITS1213 | | $35.34 |
| 12/12/2004 8:18:05 AM | AMService | ITS Withdrawal | ($7.00) | ITS1212 | | $40.34 |
| 12/10/2004 11:19:02 AM | PEK0505 | Sales | ($7.40) | 10 | | $47.34 |
| 12/8/2004 5:35:02 PM | PEK0505 | Sales | ($275.40) | 23 | | $54.74 |
| 12/6/2004 5:55:39 PM | AMService | ITS Withdrawal | ($7.00) | ITS1206 | | $330.14 |
| 12/6/2004 10:37:20 AM | PEK1357 | Payroll - UNICOR | $336.15 | IP0011 | | $337.14 |
| 12/5/2004 9:12:04 PM | AMService | ITS Withdrawal | ($2.00) | ITS1205 | | $0.99 |
| 12/4/2004 11:03:59 AM | AMService | ITS Withdrawal | ($1.00) | ITS1204 | | $2.99 |
| 12/3/2004 11:18:10 AM | PEK0505 | Sales | ($7.40) | 33 | | $3.99 |
| 12/1/2004 8:27:27 PM | AMService | ITS Withdrawal | ($4.00) | ITS1201 | | $11.39 |
| 11/24/2004 7:31:48 PM | AMService | ITS Withdrawal | ($4.00) | ITS1124 | | $15.39 |
| 11/24/2004 5:31:44 PM | PEK7022 | Sales | ($7.10) | 4 | | $19.39 |
| 11/19/2004 11:09:41 PM | AMService | ITS Withdrawal | ($7.00) | ITS1119 | | $26.49 |
| 11/17/2004 6:23:40 PM | PEK0505 | Sales | ($36.85) | 74 | | $33.49 |
| 11/17/2004 6:23:25 PM | PEK0505 | Sales | $0.00 | 73 | | $70.34 |
| 11/16/2004 9:33:25 PM | AMService | ITS Withdrawal | ($6.00) | ITS1116 | | $70.34 |
| 11/16/2004 10:09:36 AM | PEK2867 | Gift | ($150.00) | | 275 | $76.34 |
| 11/13/2004 7:43:01 PM | AMService | ITS Withdrawal | ($10.00) | ITS1113 | | $226.34 |
| 11/13/2004 9:07:08 AM | AMService | ITS Withdrawal | ($10.00) | ITS1113 | | $236.34 |
| 11/10/2004 6:43:35 PM | PEK0505 | Sales | ($174.05) | 88 | | $246.34 |
| 11/9/2004 8:50:45 PM | AMService | ITS Withdrawal | ($10.00) | ITS1109 | | $420.39 |
| 11/8/2004 8:27:25 PM | AMService | ITS Withdrawal | ($6.00) | ITS1108 | | $430.39 |
| 11/8/2004 11:17:11 AM | PEK8222 | Sales | ($71.50) | 8 | | $436.39 |
| 11/7/2004 8:32:55 PM | AMService | ITS Withdrawal | ($10.00) | ITS1107 | | $507.89 |
| 11/6/2004 10:35:37 PM | AMService | ITS Withdrawal | ($10.00) | ITS1106 | | $517.89 |
| 11/5/2004 4:58:34 PM | AMService | ITS Withdrawal | ($10.00) | ITS1105 | | $527.89 |
| 11/5/2004 1:10:09 PM | PEK2867 | Payroll - UNICOR | $532.93 | IP0006 | | $537.89 |
| 11/3/2004 4:58:48 PM | PEK7022 | Sales | ($61.60) | 3 | | $4.96 |
| 11/1/2004 11:17:04 AM | PEK9505 | Sales | ($3.55) | 2 | | $66.56 |
| 10/31/2004 8:56:30 PM | AMService | ITS Withdrawal | ($10.00) | ITS1031 | | $70.11 |

1 2 3

## All Transactions

| Inmate Reg #: | 45752019 | Current Institution: | Pekin FCI |
| --- | --- | --- | --- |
| Inmate Name: | LOVING, BRYANT | Housing Unit: | ILLINOIS |
| Report Date: | 04/09/2005 | Living Quarters: | A02-222L |
| Report Time: | 1:33:50 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 10/30/2004 3:04:30 PM | AMService | ITS Withdrawal | ($10.00) | ITS1030 | | $80.11 |
| 10/29/2004 5:20:47 PM | AMService | ITS Withdrawal | ($10.00) | ITS1029 | | $90.11 |
| 10/29/2004 5:12:04 AM | AMSERVICE | Lockbox - CD | $100.00 | 70119004 | | $100.11 |
| 10/21/2004 9:40:15 PM | AMService | ITS Withdrawal | ($1.00) | ITS1021 | | $0.11 |
| 10/21/2004 4:52:13 PM | AMService | ITS Withdrawal | ($1.00) | ITS1021 | | $1.11 |
| 10/14/2004 10:46:59 AM | PEK2867 | Bills | ($88.96) | | 112 | $2.11 |
| 10/13/2004 7:00:47 PM | PEK7022 | Sales | ($79.90) | 104 | | $91.07 |
| 10/12/2004 6:30:24 PM | AMService | ITS Withdrawal | ($7.00) | ITS1012 | | $170.97 |
| 10/10/2004 10:32:11 AM | AMService | ITS Withdrawal | ($10.00) | ITS1010 | | $177.97 |
| 10/9/2004 5:00:16 PM | AMService | ITS Withdrawal | ($5.00) | ITS1009 | | $187.97 |
| 10/9/2004 7:30:16 AM | AMService | ITS Withdrawal | ($5.00) | ITS1009 | | $192.97 |
| 10/8/2004 11:15:53 AM | PEK9505 | Sales | ($2.10) | 38 | | $197.97 |
| 10/7/2004 8:22:09 PM | AMService | ITS Withdrawal | ($4.00) | ITS1007 | | $200.07 |
| 10/6/2004 7:28:08 PM | PEK7022 | Sales | ($78.60) | 102 | | $204.07 |
| 10/5/2004 4:46:47 PM | AMService | ITS Withdrawal | ($10.00) | ITS1005 | | $282.67 |
| 10/4/2004 11:06:39 AM | PEK1357 | Payroll - UNICOR | $290.75 | IP0002 | | $292.67 |
| 10/2/2004 3:29:38 PM | AMService | ITS Withdrawal | ($1.00) | ITS1002 | | $1.92 |
| 10/2/2004 10:27:13 AM | AMService | ITS Withdrawal | ($1.00) | ITS1002 | | $2.92 |
| 10/1/2004 11:13:59 AM | PEK9505 | Sales | ($1.25) | 31 | | $3.92 |

1 2 3