# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 05-1084

Division: Peoria

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

Bryant Loving                    v.      R.V. Veach

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Bryant Loving                              Name:

Firm: PEKIN Federal Correctional Institution     Firm:

Address: P.O. Box 5000                           Address:

Pekin, IL  61555

Phone: 309-346-8588                              Phone:

---

Judge: Michael M. Mihm                Nature of Suit Code: 555

Court Reporter: K. Hanna              Date Filed in District Court: 3/14/05

                                      Date of Judgment: 3/18/05

                                      Date of Notice of Appeal: 4/12/05

Counsel:   ___Appointed    ___Retained    _X_ Pro Se

Fee Status:    ___Paid    ___Due    ___IFP    _X_ IFP Pending    ___U.S.    ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    _X_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  __45752-019__

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**