**E-FILED**
Monday, 18 April, 2005  03:50:10 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS
## SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

FILED
APR 18 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: District Court Clerk's Office

RE: Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:  05-2025                Docketed on: 4/14/05
Short Caption:        Loving, Bryant v. Veach, Rick V.
District Court Judge: Michael M. Mihm
District Court No.:   05 C 1084

If you have any questions regarding this appeal, please call this office.

(1003-012490)