**E-FILED**
Wednesday, 20 April, 2005  02:49:33 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BRYANT LOVING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 05-1084 |
| ) | |
| R.V. VEACH, Warden, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

This matter is now before the Court on Petitioner, Bryant Loving's ("Loving"), Motion to Proceed In Forma Pauperis on Appeal. For the reasons set forth below, his Motion to Proceed In Forma Pauperis is DENIED.

### DISCUSSION

Loving seeks leave to proceed in forma pauperis on appeal. However, a review of his prison trust fund ledgers reveals that he earns between $213.00 and $532.00 each month as performance pay and also receives substantial money orders from sources outside the prison. Loving currently has a balance of $623.01 in his trust fund account, and the ledgers indicate that in the last six months, his average balance was $2,709.70. Although it appears that Loving is adept at spending these sums, particularly during the months immediately preceding the filing of an application for in forma pauperis status, an analysis of his trust fund ledgers for the last six months reveals that he has sufficient income to cover the appellate filing fee.

- 2 -

Accordingly, the Court finds Loving's allegation of poverty to be untrue, and his Application to Proceed In Forma Pauperis on Appeal is therefore DENIED.

ENTERED this 20th day of April, 2005.

s/Michael M. Mihm<br>
Michael M. Mihm<br>
United States District Judge