E-FILED
Monday, 11 July, 2005  01:24:10 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 1 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted June 24, 2005
Decided July 8, 2005

Before

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 05-2025 | |
| BRYANT LOVING,<br>*Petitioner-Appellant,* | Appeal from the United States District Court for the Central District of Illinois. |
| v. | No. 05 C 1084 |
| RICK V. VEACH,<br>*Respondent-Appellee.* | Michael M. Mihm,<br>*Judge.* |

ORDER

In 1995, Loving pleaded guilty in the Northern District of Georgia to possession of cocaine with intent to distribute. He was sentenced to 210 months' imprisonment, and did not appeal. In 2001, Loving filed a motion under 28 U.S.C. § 2255, which the district court in Georgia denied.

Loving has now filed a petition under 28 U.S.C. § 2241, arguing that he is actually innocent of his enhancement factors under *United States v. Booker*. The district court dismissed his petition, finding that he had not met the prerequisites of § 2241.

As Loving does not show how § 2255 is inadequate, the district court's order denying his petition is AFFIRMED. Loving's motion to proceed in forma pauperis is DENIED.