E-FILED
Friday, 02 September, 2005  09:43:53 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE



FILED

SEP 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DATE:   August 30, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL  61602

FROM:   Gino J. Agnello, Clerk

RE:     05-2025
        Loving, Bryant v. Veach, Rick V.
        05 C 1084, Michael M. Mihm, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

**ENCLOSED:**                                           **TO BE RETURNED AT LATER DATE:**
    [ ]     Volumes of pleadings                                [ ]
    [ ]     Volumes of loose pleadings                          [ ]
    [ ]     Volumes of transcripts                              [ ]
    [ ]     Volumes of exhibits                                 [ ]
    [ ]     Volumes of depositions                              [ ]
    [ ]     In Camera material                                  [ ]
    [ ]     Other_____

            Record being retained for use                       [ ]
            in Appeal No. _____

    Copies of this notice sent to:       Counsel of record
    [ ]     United States Marshal
    [ ]     United States Probation Office

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Received above mandate and record, if any, from the Clerk, U.S.
        Court of Appeals for the Seventh Circuit.
Date: _____    _____
(1071-120397)                               Deputy Clerk, U.S. District Court



SCANNED
DATE:_____ BY:_____

**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted June 24, 2005
Decided July 8, 2005

*Before*

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

No. 05-2025

BRYANT LOVING,
*Petitioner-Appellant*,

v.

RICK V. VEACH,
*Respondent-Appellee*.

Appeal from the United States District Court for the Central District of Illinois.

No. 05 C 1084

Michael M. Mihm, *Judge*.

O R D E R

In 1995, Loving pleaded guilty in the Northern District of Georgia to possession of cocaine with intent to distribute. He was sentenced to 210 months' imprisonment, and did not appeal. In 2001, Loving filed a motion under 28 U.S.C. § 2255, which the district court in Georgia denied.

Loving has now filed a petition under 28 U.S.C. § 2241, arguing that he is actually innocent of his enhancement factors under *United States v. Booker*. The district court dismissed his petition, finding that he had not met the prerequisites of § 2241.

As Loving does not show how § 2255 is inadequate, the district court's order denying his petition is AFFIRMED. Loving's motion to proceed in forma pauperis is DENIED.